■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS GOMEZ, Appellant. [847 NYS2d 463]—Judgment, Supreme Court, New York County (William A. Wetzel, J.), rendered August 17, 2004, convicting defendant, upon his plea of guilty, of robbery in the first degree, and sentencing him to a term of six years, unanimously affirmed.

Defendant made a valid written waiver of his right to appeal (*see People v Ramos*, 7 NY3d 737 [2006]). Even if we were to construe defendant's present challenge to his plea as a voluntariness claim, which would survive the waiver, we would find that the plea was knowing, voluntary and intelligent, and that the court properly denied defendant's motion to withdraw it (*see People v Frederick*, 45 NY2d 520 [1978]). Defendant received a full opportunity to advance his claim of innocence, which was unsupported and contradicted by the plea allocution. Concur—Lippman, P.J., Marlow, Williams and Gonzalez, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARREN PHILLIPS, Appellant. [847 NYS2d 893]—Judgment, Supreme Court, New York County (John Cataldo, J.), rendered on or about April 17, 2006, unanimously affirmed. No opinion. Order filed. Concur—Lippman, P.J., Marlow, Williams and Gonzalez, JJ.